P. L., PLAINTIFF-PETITIONER, v.
E. S., DEFENDANT-RESPONDENT.

*Mr. Richard M. Glassner* for the petitioner.

*Messrs. Cohn & Turk* for the respondent.

April 18, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
GEORGE RABATIN, DEFENDANT-PETITIONER.

*Mr. Sanford Soren* for the petitioner.

*Mr. Martin J. Queenan* for the respondent.

April 18, 1967. Denied.

STATE OF NEW JERSEY, BY THE STATE HIGHWAY COM-
MISSIONER, PLAINTIFF-RESPONDENT, v. THOMAS F.
BUCK, *ET ALS.*, DEFENDANTS-PETITIONERS.

See same case below: 94 *N. J. Super.* 84.

*Messrs. Sweeney, Young & Berry* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Edward D. McKirdy* for the respondent.

April 18, 1967. Denied.